## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CURTIS L. HORTON**                                                                                   **PLAINTIFF**

**v.**                               **4:11CV00565 BSM/JJV**

**MARK RICHARDS, Sgt., Saline**
**County Detention Center, et al.**                                                         **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice.

Dated this 5th day of October 2011.

_____
UNITED STATES DISTRICT JUDGE